UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)        MDL - 875

This Document Relates to:

08-84625

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BEN DICKENS, ET AL.                          PLAINTIFFS

VS.                                    CIVIL ACTION NO: 1:04CV641WJG

A.R. WILFLEY, ET AL                           DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Having come on for hearing on the joint *ore tenus* Motion of the Plaintiffs and Defendant, Atlas Copco Compressors, Inc., to dismiss Atlas Copco Compressors, Inc. with prejudice, and the Court, having considered the Motion, finds that it is well taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that all claims against Atlas Copco Compressors Inc. asserted in this action by the Plaintiffs are dismissed with prejudice, with each party to bear its own costs.

ORDERED THIS the 21st day of May, 2008.

_____
HONORABLE JAMES T. GILES
UNITED STATES DISTRICT JUDGE

AGREED TO:

_____
Stacey Lea Sims, Esq. (MSB# 10544)
Sara Morris Farris, Esq. (MSB# 10560)
Morris Sakalarios & Blackwell PLLC
P.O. Drawer 1858
Hattiesburg, MS 39403
COUNSEL FOR PLAINTIFFS

_____
Patrick R. Buchanan (MSB#8439)
Brown Buchanan P.A.
P.O. Box 1377
Biloxi, MS 39533-1377
COUNSEL FOR DEFENDANTS