UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)					MDL DOCKET NO. 875

| Name | PA E.D. CASE NO.: |
|---|---|
| Albritton, Faye | None |
| Carroll, John E. | None |
| Donaldson, Jack I. | 09-77391 |
| Graham, Anne H. | None |
| Hale, Kenneth | 08-84661 |
| Harris, James J. | None |
| Lary, Emmette | None |
| Little, William | 08-84677 |
| McLeod, Bobby | None |
| Moulton, Charles | None |
| Murphy, Roy | None |
| Musgrove, George | None |
| Musgrove, Phillip | None |
| Myrick, Callie O. | None |
| Nelson, Willie | None |
| Newton, Eula | None |
| Newton, Johnny | None |
| Nichols, Charles | None |
| Orr, Acie | None |
| Parham, AJ | None |
| Parker, Willie | None |
| Patton, Charles | None |
| Payton, Janice | None |
| Payton, Thomas | None |
| Petty, Clifford | None |
| Pierce, Alva | None |
| Proctor, Irving | None |
| Railey, Rossie | None |
| Raybon, Sue | None |
| ~~Rigby, Edward~~ | ~~None~~ |
| Rigby, Lelia | None |
| Rogers, Vivian | None |
| Ryals, Jewell | None |
| Smith, Bobby G. | None |
| Smith, Doris | None |
| Smith, Willie | None |
| Sneed, Archie | None |
| Stansell, Tony | None |

FILED
MAY 17 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

1

| | |
|---|---|
| Trotter, Annie | None |
| Turpin, Mary | None |
| WOODARD, Jacqueline | None |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

This Document Relates To:
BEN DICKENS, ET AL.                                              PLAINTIFFS

V.                                                    CIVIL ACTION NO.: 1:04-CV-641

A.R. WIFLEY, ET AL.                                              DEFENDANTS

## AGREED ORDER OF VOLUNTARY NON-SUIT AND DISMISSAL

This cause, having come on to be heard on the motion *ore tenus* of the above-captioned Plaintiffs and Defendants, Garfield Manufacturing Co.; Arkema Inc., f/k/a ATOFINA Chemicals, Inc.; Borg-Warner Corporation, by its Successor in Interest, BorgWarner Morse TEC Inc.; SPX Cooling Technologies, Inc. formerly known as Marley Cooling Technologies, Inc.; Marley Pump Company; Mobil Corporation, parent of Mobil Oil Corporation; Layne & Bowler, Inc.; and Burns International Service Corporation f/k/a Borg-Warner Corporation, Successor to Marbon Chemical Co., for the voluntary non-suit and dismissal of all plaintiffs' claims against Garfield Manufacturing Co.; Arkema Inc., f/k/a ATOFINA Chemicals, Inc.; Borg-Warner Corporation, by its Successor in Interest, BorgWarner Morse TEC Inc.; SPX Cooling Technologies, Inc. formerly known as Marley Cooling Technologies, Inc.; Marley Pump Company; Mobil Corporation, parent of Mobil Oil Corporation; Layne & Bowler, Inc.; and Burns International Service Corporation f/k/a Borg-Warner Corporation, Successor to Marbon Chemical Co. with prejudice.

The Court, having fully considered said Motion, and otherwise being fully advised in the premises, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the Complaint, all amendments thereto, including all claims or causes of action which were, or might have been, asserted by all plaintiffs in the above-entitled and numbered causes of action, against Garfield Manufacturing Co.; Arkema Inc., f/k/a ATOFINA Chemicals, Inc.; Borg-Warner Corporation, by its Successor in Interest, BorgWarner Morse TEC Inc.; SPX Cooling Technologies, Inc. formerly known as Marley Cooling Technologies, Inc.; Marley Pump Company; Mobil Corporation, parent of Mobil Oil Corporation; Layne & Bowler, Inc.; and Burns International Service Corporation f/k/a Borg-Warner Corporation, Successor to Marbon Chemical Co., shall be and same are hereby dismissed with prejudice, with each party to bear their own costs of the Court.

IT IS FURTHER ORDERED AND ADJUDGED, that this dismissal is effective only with regard to the claims of all plaintiffs in the above-entitled and numbered causes of action, against Garfield Manufacturing Co.; Arkema Inc., f/k/a ATOFINA Chemicals, Inc.; Borg-Warner Corporation, by its Successor in Interest, BorgWarner Morse TEC Inc.; SPX Cooling Technologies, Inc. formerly known as Marley Cooling Technologies, Inc.; Marley Pump Company; Mobil Corporation, parent of Mobil Oil Corporation; Layne & Bowler, Inc.; and Burns International Service Corporation f/k/a Borg-Warner Corporation, Successor to Marbon Chemical Co., and does not affect the rights of any other parties to these actions.

Case 2:08-cv-84677-ER   Document 16   Filed 05/17/10   Page 4 of 4

SO ORDERED, this the 27th day of April, 2010.

---

PRESIDING JUDGE EDUARDO C. ROBRENO
US DISTRICT COURT JUDGE

Agreed to by:

MORRIS, SAKALARIOS & BLACKWELL, PLLC

s/Stacey Lea Sims
Attorneys for Plaintiffs


AULTMAN, TYNER & RUFFIN, LTD.

s/Rocky W. Eaton
Attorney for Garfield Manufacturing Co.;
Arkema Inc., f/k/a ATOFINA Chemicals, Inc.;
Borg-Warner Corporation, by its Successor in
Interest, BorgWarner Morse TEC Inc.;
SPX Cooling Technologies, Inc. formerly known as
Marley Cooling Technologies, Inc.; Marley Pump Company;
Mobil Corporation, parent of Mobil Oil Corporation;
Layne & Bowler, Inc.; and Burns International Service
Corporation f/k/a Borg-Warner Corporation,
Successor to Marbon Chemical Co.